AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

ADRIAN HUFF, et al.,

        Plaintiff,

V.

MCNAMEE CONSTRUCTION CORP.,

        Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**08 CIV. 1915**
**JUDGE KARAS**

TO: (Name and address of defendant)

MCNAMEE CONSTRUCTION CORP.
154 Lovel Street
Rte. 202
Lincolndale, New York 10540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Frumkin, Esq.
Sapir & Frumkin LLP
399 Knollwood Road, Suite 310
White Plains, New York 10603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

FEB 2 6 2008

DATE

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Index No.: 08CIV.1915
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ADRIAN HUFF, et al.,

       Plaintiff/Petitioner    AFFIDAVIT OF SERVICE

   -against-

MCNAMEE CONSTRUCTION CORP.,

      Defendant/Respondent
------------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on **04/15/08** at **7:59 AM**, at **154 LOVELL STREET, ROUTE 202, LINCOLNDALE, NY, 10540** deponent served the within **SUMMONS IN A CIVIL CASE, COMPLAINT, MEMORANDUM TO ALL LITIGANTS RE: INDIVIDUAL RULES OF PRACTICE OF JUDGE KENNETH M. KARAS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE GEORGE A. YANTHIS, PROCEDURES FOR ELECTRONIC CASE FILING, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL AND GUIDELINES FOR ELECTRONIC CASE FILING** on **MCNAMEE CONSTRUCTION CORP.** DEFENDANT therein named,

Corporation by personally delivering and leaving the same with **BRIAN MANGIN**, who informed deponent that he/she holds the position of **CONTROLLER** with said company and is authorized by appointment or by law to receive service at this address.

Description Skin: **WHITE**  Sex: **MALE**  Hair: **BROWN** Weight: **185**
         Height: **6'0**  Age: **46** Other Identifying Features:
         **RECEDING HAIRLINE**

Sworn to before me this
15th. day of April 2008

_____     _____
Heather Lee Lawson           DAVID J. DUCKWITZ
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com