## SAPIR & FRUMKIN LLP
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD, SUITE 310
WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL SAbraham@sapirfrumkin.com

**MEMO ENDORSED**

DONALD L. SAPIR
WILLIAM D FRUMKIN*

DANIEL T. DRIESEN
WILLIAM F CUSACK III
ELIZABETH E HUNTER**
SCOTT R. ABRAHAM**

*ADMITTED IN N.Y & CT
**ADMITTED IN N.Y. & N.J
***ADMITTED IN N Y & CA

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

July 23, 2008

*Via Facsimile Transmission Only*
*Facsimile No.: (914) 390-4152*

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 533
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:  Adrian Huff, as Chairman of the Board of Trustees of Teamsters
     Local 445 Construction Division Welfare, Pension and Annuity
     Funds and Teamsters Local 445 Education and Training Fund v.
     McNamee Construction Corp.
     08-Civ-1915 (KMK)(GAY)
     Our File No. 07-7920

Dear Judge Karas:

Our firm represents Adrian Huff, et al. (Plaintiff) in the above-referenced matter. With the permission of Eric, we write you in advance of the conference scheduled for July 30, 2008. To date, the Defendant, McNamee Construction Corp., has failed to appear or otherwise defend this action. Although we do not object to appearing before Your Honor for the upcoming conference, we believe it may be unnecessary at this time, as we have reason to believe that Defendant will not make an appearance. Therefore, we respectfully request an adjournment of the upcoming conference, as well as a briefing schedule for Plaintiff to move for a default judgment.

Hon. Kenneth M. Karas                    -2-                    July 23, 2008
United States District Judge

    Thank you for your consideration of this application with respect to this matter.

Respectfully submitted,

*[signature]*

Scott R. Abraham (SA 6808)

SRA:aa

cc:    Daniel F. MacNamee III (via first class mail)
       Adrian Huff, Fund Chairman (via facsimile)
       Sharon Molinelli, Fund Administrator (via facsimile)
       David Kramer, Esq. (via hand delivery)

F:\APPLICAT\WP\TEAMSTER\McNamee Construction Corp\Letters\L-Karas 07.23.08.wpd\ap

*[Handwritten:]*

Conference is adjourned. Plaintiff may submit its order to Show Cause for a default judgment by August 11, 2008.

So ordered.

*[signature]*
7/24/08