*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF Case

------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of TEAMSTERS LOCAL 445 CONSTRUCTION DIVISION WELFARE, PENSION and ANNUITY FUNDS and TEAMSTERS LOCAL 445 EDUCATION and TRAINING FUND,

Civil Action No.
08-cv-1915 (KMK/GAY)

Plaintiff,

- against -

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

MCNAMEE CONSTRUCTION CORP.,

Defendant.

------------------------------------x

Upon affidavit of William D. Frumkin, Esq., sworn to on the 11th day of August, 2008, and upon the copies of all of the pleadings, and upon copies of the affidavits of service of the original summons and complaint hereto attached, it is

**ORDERED**, that the above named defendant show before this court, at Room 521, United States Courthouse, United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4150, on _Sept. 17_, 2008, at _10:45_ o'clock _A_ m thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55 of the Federal Rules of Civil Procedure ordering that judgment in the amount of $40,556.51 be entered in favor of the above named plaintiff and against the above named defendant; that interest and liquidated damages will continue to accrue until the judgment is paid; and the Clerk of Court be directed to enter the judgment directly; and it is further

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORDERED,** that a copy of this Order, together with the papers upon which it is granted, be

✔ served by ____Plaintiff____ upon the above named defendant or his attorney on or

✔ before ___August 25___, 2008 and that such service be deemed good and sufficient, and that Defendant submit its response by September 5, 2008

**SO ORDERED.**

Dated: White Plains, New York
✔ ___August 12___, 2008

_____
Hon. Kenneth M. Karas, U.S.D.J.

F:\APPLICAT\WP\TEAMSTER\McNamee Construction Corp\Litigation\Default Judgment\OTSC.wpd\rlh