**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Index No.: 08-CV-1915 (KMK/GAY)
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ADRIAN HUFF, as Chairman of the
Board of Trustees of TEAMSTERS LOCAL
445 CONSTRUCTION DIVISION WELFARE,
PENSION and ANNUITY FUNDS and
TEAMSTERS LOCAL 445 EDUCATION and
TRAINING FUND

        Plaintiff/Petitioner      AFFIDAVIT OF SERVICE

   -against-

MCNAMEE CONSTRUCTION CORP.,

      Defendant/Respondent
----------------------------------------x

STATE OF NEW YORK, COUNTY OF DUTCHESS SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of New York.

That on **08/25/08** at **7:07 AM**, at **154 LOVELL ST., ROUTE 202, LINCOLNDALE, NY, 10540** deponent served the within **ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT** on **McNAMEE CONSTRUCTION CORP.** DEFENDANT therein named,

Corporation  by personally delivering and leaving the same with **DANIEL F. MCNAMEE, III**, who informed deponent that he/she holds the position of **PRESIDENT** with said company and is authorized by appointment or by law to receive service at this address.

Description Skin: **WHITE**  Sex: **MALE**  Hair: **WHITE** Weight: 200
        Height: **6'0**  Age: 54 Other Identifying Features:
        **MUSTACHE, BEARD**

Sworn to before me this
25th. day of August 2008

_____
Heather Lee Lawson
Notary Public, State of New York
No. 4943125, Qual. in Dutchess Cty.
Comm. Exp. 10/17/08

THOMAS J. WALSH III

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com